IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERESA LAWLOR and LOUIS LAWLOR, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:13-cv-00387 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| SUNTRUST MORTGAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

In accordance with the Memorandum filed herewith, the Defendant's motion to dismiss (Docket Entry No. 6) is **GRANTED in part** and **DENIED in part.** Plaintiffs claims are **DISMISSED with prejudice** except for Plaintiffs' claims that the Defendant did not credit all of their payments.

It is so **ORDERED**.

**ENTERED** this ___ day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court